Order entered October 18, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00727-CV

**KEENAN PIPKINS, Appellant**

V.

**FEDERAL HOME LOAN MORTGAGE CORPORATION, Appellee**

On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-12-02649-B

## ORDER

The Court has before it appellant's October 1, 2012 motion for extension of time to file initial brief. The Court **GRANTS** the motion and **ORDERS** appellant to file his brief by October 31, 2012. No further extensions will be granted absent a showing of exceptional circumstances.

MOLLY FRANCIS
JUSTICE